IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA COLLINS,

    Plaintiff,

VS.                            NO. 04-2429-MaP

JOHN E. POTTER,
United States Postmaster,

    Defendant.

ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Bernice B. Donald in exchange for Case No. 2:04-2299-DV, _Florence Hall v. John W. Snow, Secretary of the United States Dept. of the Treasury_. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "D."

It is so ORDERED this 8K day of June, 2005.

                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02429 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Patricia Collins
5076 Skippy St.
Memphis, TN 38116

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Beverly Brooks
MEMPHIS LAW DEPARTMENT, USPS
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Honorable Bernice Donald
US DISTRICT COURT