IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PATRICIA COLLINS, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. 04-2029-Ma/P |
| JOHN E. POTTER, | ) |
| Defendant. | ) |

---

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND DEADLINES OF THE SCHEDULING ORDER

---

Before the Court is Plaintiff's Motion to Amend Deadlines of the Scheduling Order, filed August 9, 2005 (dkt #20). For good cause shown, and defendant having no opposition thereto, the motion is GRANTED. The scheduling order is amended as follows:

a. **Discovery Completion**: November 15, 2005

b. **Dispositive Motion**: December 15, 2005

The November 28, 2005 trial date is cancelled. The district judge will notify the parties of the new trial date.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 10, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-12-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02429 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Beverly Brooks
MEMPHIS LAW DEPARTMENT, USPS
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Patricia Collins
5076 Skippy St.
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT