FILED BY _JSN_ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 AUG -9 PM 12:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**PATRICIA COLLINS,**

Plaintiff,

No. 04-2429 Ma/P

**JOHN E. POTTER, et. al.**
Defendant.

## MOTION TO AMEND DEADLINES OF THE SCHEDULING ORDER

Comes now the Plaintiff with her Motion to Amend the dates of the scheduling order in this cause. In support of this Motion the Plaintiff files the accompanying memorandum of law in support, and proposed order for the Court's convenience.

LAW OFFICE OF FLORENCE M. JOHNSON
FLORENCE M. JOHNSON
100 North Main, Suite 3001
Memphis, Tennessee 38103
(901) 522-8900 TELEPHONE
(901) 522-8219 FACSIMILE

BY: _____
FLORENCE M. JOHNSON #15499

**MOTION GRANTED**
DATE 8/9/2005
_____
**BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-16-05_

(24)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been mailed, postage prepaid to counsel for Defendant, Linda Harris, Assistant United States Attorney, U.S. Department of Justice, 167 North Main Street, Suite 800, Memphis, Tennessee 38103 this the 9th day of August 2005.

FLORENCE M. JOHNSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02429 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Beverly Brooks
MEMPHIS LAW DEPARTMENT, USPS
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Patricia Collins
5076 Skippy St.
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT