IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 29 PM 4:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

PATRICIA COLLINS,

    Plaintiff,

vs.

JOHN POTTER, POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE

    Defendant.

Civil No. 04-2429-MaP

### ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant has filed a motion, seeking to withdraw its motion to compel production of documents, filed September 23, 2005. For the reasons stated in the motion and for good cause shown, the motion is **GRANTED**. The motion to compel production of documents is hereby withdrawn.

**IT IS SO ORDERED**, this 29 day of September, 2005.

~~BERNICE B. DONALD~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Submitted by:

LINDA NETTLES HARRIS
ASSISTANT UNITED STATES ATTORNEY

This document entered on the docket sheet in compliance
9-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02429 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Patricia Collins
5076 Skippy St.
Memphis, TN 38116

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Beverly Brooks
MEMPHIS LAW DEPARTMENT, USPS
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Honorable Bernice Donald
US DISTRICT COURT