IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 18 PM 5: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

PATRICIA COLLINS,

    Plaintiff,

No. 04-2429 D/P

JOHN E. POTTER, et. al.
    Defendant.

## ORDER ON PLAINTIFF'S MOTION TO AMEND DATES OF SCHEDULING ORDER

Based upon the Plaintiff's Motion to Amend the Deadlines of the Scheduling Order, the Court finds that the current dates of the scheduling order should be amended and the new dates are as follows:

    a.    Discovery completion- January 16, 2006

    b.    Dispositive Motion –February 15, 2006

A new trial date will be set as soon as practicable.

IT IS SO ORDERED THIS ___ day of November 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02429 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Beverly Brooks
MEMPHIS LAW DEPARTMENT, USPS
225 No. Humphreys Blvd.
Memphis, TN 38166--017

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Patricia Collins
5076 Skippy St.
Memphis, TN 38116

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT